# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2019

## NO. 03-18-00372-CV

**Holly Dees, Appellant**

**v.**

**Speedy Thomas and Sylvia Thomas, Appellees**

### APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on March 6, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.